UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

George Illoulian

          Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR- 579( )( )

Defendant __George Illoulian_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


/s/ George Illoulian  w/ consent
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**George Illoulian**
Print Defendant's Name

/s/ Hadassa Waxman  w/ consent
Defendant's Counsel's Signature

**Hadassa Waxman**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/5/2021
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge