UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE ILOULIAN,
   a/k/a "George Illulian,"

                      Defendant.

**ORDER**

21 Cr. 579 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at the October 7, 2021 pretrial conference, Defendant George Iloulian's bail conditions are modified to permit the Defendant to travel to the Northern District of New York and Central District of California, in addition to the Southern District of New York, Eastern District of New York, and District of New Jersey.

Dated:  New York, New York
         October 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge