UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

GEORGE ILOULIAN,
    a/k/a "George Illulian,"

               Defendant.

**ORDER**

21 Cr. 579 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The status conference currently scheduled on December 1, 2021 at 10:00 a.m. will now take place on **December 1, 2021 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          November 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge