

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED:**
> The application is granted. The conference currently scheduled for December 1, 2021 will now take place on **January 27, 2022 at 2:30 p.m.** Upon application of the Government and with the Defendant's consent, it is further ordered that the time between December 1, 2021 and January 27, 2022 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide the parties with additional time to discuss the possibility of a pretrial resolution in this case.
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
> Dated: November 30, 2021

Re: *United States v. George Iloulian*, 21 Cr. 579 (PG

Dear Judge Gardephe:

The Government writes, with the consent of defense counsel, to request an approximately 45-day adjournment of the next status conference, currently scheduled for December 1, 2021 at 2:30 p.m., so that the parties may continue discussions regarding a potential pretrial disposition of this matter.

The Government respectfully requests, also with defense counsel's consent, that the time between December 1, 2021 and the next status conference, to be scheduled for a date convenient for the Court, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon consideration of the interests of the public and the defendant in a speedy trial, in order to allow the parties time to complete discussions regarding a potential pretrial resolution.

Finally, the Government asks that the Court please disregard ECF No. 18, which the Government filed in error.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc: Hadassa Waxman, Esq.