

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2022

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. George Iloulian*, 21 Cr. 579 (PGG)

Dear Judge Gardephe:

    The Government writes, with the consent of defense counsel, to request an approximately 30-day adjournment of the next status conference, currently scheduled for January 27, 2022, at 2:30 p.m., so that the parties may continue to discuss a pretrial disposition of the above-captioned case.

    The Government respectfully requests, also with defense counsel's consent, that the time between January 27, 2022 and the date of the next status conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon consideration of both the interests of the public and of the defendant in a speedy trial, in order to allow the parties sufficient time to complete discussions regarding a potential pretrial resolution.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:   /s/
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315

cc: Hadassa Waxman, Esq.

**MEMO ENDORSED**:
The application is granted. The conference currently scheduled for January 27, 2022 will now take place on **February 28, 2022 at 2:30 p.m.** Upon application of the Government and with the Defendant's consent, it is further ordered that the time between January 27, 2022 and February 28, 2022 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide the parties with additional time to discuss the possibility of a pretrial resolution in this case.

SO ORDERED.

*Paul E. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: January 20, 2022