

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2022

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. George Iloulian*, 21 Cr. 579 (PGG)

Dear Judge Gardephe:

    Further to communications with Chambers this afternoon, the Government writes to respectfully request that the time between February 28, 2022, and the date of the next status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that, upon consideration of the interests of the public and of the defendant in a speedy trial, the ends of justice would be served by excluding time, so that defense counsel has sufficient time to review discovery and the parties may continue their ongoing discussions regarding a pretrial resolution of the above-captioned matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    /s/
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315

cc: Hadassa Waxman, Esq.

**MEMO ENDORSED**:
The conference currently scheduled for February 28, 2022 is adjourned to **April 6, 2022 at 3:00 p.m.** Upon application of the Government and with the Defendant's consent, it is further ordered that the time between February 28, 2022 and April 6, 2022 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide defense counsel additional time to review discovery and allow the parties to discuss a pretrial resolution of this case.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Dated: February 7, 2022