

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2022

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *United States v. George Iloulian*, 21 Cr. 579 (PGG)

Dear Judge Gardephe:

     The parties jointly write to request an approximately 60-day adjournment of the next status conference, currently scheduled for April 6, 2022, at 3:00 p.m., so that the parties may continue their discussions of a potential pretrial disposition of the above-captioned case, and, in connection with such discussions, that the defense may collect certain financial documents.

     If the parties' request is granted, the Government also respectfully requests that the time between April 6, 2022, and the date of the next status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that, upon consideration of the interests of the public and of the defendant in a speedy trial, the ends of justice would be served by excluding time, so that the parties may continue their ongoing discussions regarding a pretrial resolution of the above-captioned matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/
     Kaylan E. Lasky
     Assistant United States Attorney
     (212) 637-2315

**MEMO ENDORSED**:
The conference currently scheduled for April 6, 2022 is adjourned to **May 4, 2022 at 3:00 p.m.** Upon application of the Government and with the Defendant's consent, it is further ordered that the time between April 6, 2022 and May 4, 2022 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide the parties additional time to discuss a pretrial resolution of this case.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Dated: April 5, 2022