

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

April 29, 2022   *The application is denied.*

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 2, 2022

Re:   *United States v. George Iloulian*, 21 Cr. 579 (PGG)

Dear Judge Gardephe:

The parties jointly write to request an adjournment of approximately sixty days for the next status conference, which is currently scheduled for May 4, 2022, at 3:00 p.m., so that the parties may continue their discussions of a pretrial resolution of the above-captioned case. If the parties' request is granted, the Government also respectfully requests that the time between May 4, 2022, and the date of the next status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice would be served by an exclusion of time, so that the parties may continue their discussions regarding a pretrial resolution of the above-captioned matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc:   Hadassa Waxman, Esq.