UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| -against- | 21 Cr. 579 (PGG) |
| GEORGE ILOULIAN, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for June 29, 2022, is adjourned to **July 7, 2022, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Kaylan Lasky, and with the consent of the Defendant, by and through his counsel, Hadassa Waxman, it is further ordered that the time between June 29, 2022 and July 7, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution of this matter.

Dated: New York, New York
       June 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge