UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE ILOULIAN,

Defendant.

**ORDER**

21 Cr. 579 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for today is adjourned <u>sine</u> <u>die</u>.

The Court will conduct a change of plea hearing on **Tuesday, July 26, 2022, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Kaylan Lasky, and with the consent of the Defendant (Dkt. No. 38), it is further ordered that the time between today and July 26, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide the Defendant additional time to consider the Government's plea offer.

Dated: New York, New York
      July 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge