UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE ILOULIAN,

Defendant.

**ORDER**

21 Cr. 579 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant currently scheduled for November 29, 2022, is adjourned to **February 8, 2023, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submission on behalf of the Defendant is due **January 18, 2023**, and any response by the Government is due **January 25, 2023**.

Dated: New York, New York
       November 9, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge