UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE ILOULIAN,

Defendant.

**ORDER**

21 Cr. 579 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing is adjourned to **March 13, 2023 at 3:00 p.m.**

Dated: New York, New York
       March 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge