UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **Consent Order of Restitution** |
| v. | |
| GEORGE ILOULIAN, | 21 Cr. 579 (PGG) |
| a/k/a "George Illulian," | |
| Defendant. | |

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Kaylan E. Lasky, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

GEORGE ILOULIAN, a/k/a "George Illulian," the defendant, shall pay restitution in the total amount of $249,000, pursuant to 18 U.S.C. § 3663A, to the victim of the offense charged in Count One. The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

A. Any restitution actually received by the victim in this case through a civil settlement from GEORGE ILOULIAN, a/k/a "George Illulian," the defendant, in *United States v. Delta Uniforms, Inc. et al.*, 19 Civ. 3290 (PGG), for the same conduct charged in Count One of the Indictment, will be credited, as provided in 18 U.S.C. § 3664(j)(2)(A), against defendant's restitution obligation as set forth in this Order.

B. If the victim of the crime charged in Count One of the Indictment has not been fully recompensed by the civil recovery by seven months from the date of this Order, GEORGE ILOULIAN, a/k/a "George Illulian," the defendant, will pay $100,000 of the restitution obligation set forth in this Order. At twelve months from the date of this Order, GEORGE ILOULIAN, a/k/a "George Illulian," the defendant, will pay any outstanding balance of criminal restitution in full, to the extent any balance remains.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at

https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. GEORGE ILOULIAN, a/k/a "George Illulian," the defendant, shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

If the defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this Order, or for otherwise good cause, the Government may seek a Court order modifying the payment schedule.

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ____/s/_____          4/11/2023____
    KAYLAN E. LASKY                                        DATE
    One Saint Andrew's Plaza
    New York, NY 10007
    Tel.: (212) 637-2315


GEORGE ILOULIAN

By: _____          4/11/23
    GEORGE ILOULIAN                                        DATE


By: _____          4/11/23
    HADASSA WAXMAN                                        DATE
    Proskauer Rose LLP
    Eleven Times Square
    New York, NY 10036
    Tel.: (212) 969-3040


SO ORDERED:

_____          April 11, 2023
HONORABLE PAUL G. GARDEPHE           DATE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA                    **Schedule A: Schedule of Victims**

      v.

GEORGE ILOULIAN,                            21 Cr. 579 (PGG)

    a/k/a "George Illulian,"

    Defendant.

---

| Name | Address | Amount of Restitution |
|---|---|---|
| U.S. Customs and Border Protection | Attn: Revenue Division<br>6650 Telecom Drive<br>Indianapolis, IN 46268 | $249,000 |